ACCEPTED
01-12-00502-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 4:16:56 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-12-00502-CV**

_____

IN THE COURT OF APPEALS FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 4:16:56 PM
CHRISTOPHER A. PRINE
Clerk

_____

KELLY R. GINN, GREEN-SPAN PROFILES, L.P., GREEN-SPAN
MANAGEMENT, L.L.C., GREEN-SPAN ENTERPRISES, INC., AND
BKG INVESTMENTS, L.L.C.,
Appellants/Cross-Appellees

vs.

NCI BUILDING SYSTEMS, INC.
Appellee/Cross-Appellant.

_____

Appeal from the 11th Judicial District Court
of Harris County, Houston, Texas, Trial Court Cause No. 2009-35831

_____

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR REHEARING AND/OR EN BANC REHEARING**

Appellants/Cross-Appellees Kelly R. Ginn, Green-Span Profiles, L.P., Green-Span Management, L.L.C., Green-Span Enterprises, Inc., and BKG Investments, L.L.C. ("Ginn") files this Second Unopposed Motion for Extension of Time to File Motion for Rehearing and/or En Banc Rehearing and asks for a ten-day extension.

## I.  Introduction

1.    Appellants/Cross-Appellees are Kelly R. Ginn, Green-Span Profiles, L.P., Green-Span Management, L.L.C., Green-Span Enterprises, Inc., and BKG Investments, L.L.C.  Appellee is NCI Building Systems, Inc.

2. This Court has authority to extend the time to file a motion for rehearing and/or motion for rehearing en banc. *See* TEX. R. APP. P. 49.8.

## II. Arguments and Authorities

3. This Court may extend the time to file an appellants' motion for rehearing or rehearing en banc under the authority of Texas Rule of Appellate Procedure 49.8.

4. The Appellants' Motion for Rehearing is currently due on September 11, 2015. This Court issued a ninety-page opinion that has required extensive time to digest and to communicate with the clients. Appellants request additional time to narrow the issues for rehearing.

5. Moreover, the parties are currently engaged in settlement discussions that may resolve the need for any further appeal. Appellants request a ten-day extension to explore the possibility of a final resolution of this case. If an extension is not granted, and Appellants have to file a motion for rehearing even though the parties ultimately settle the dispute, the parties' and the court's resources will be wasted.

6. Appellants desire to extend for ten additional days the date that Appellants' motion for rehearing and/or motion for rehearing en banc is due so that the parties may finalize settlement communications and so that Appellants may submit a narrowly tailored motion that assists this Court with the resolution to this case in the event that the case does not settle. If this Motion is granted, the due date for the Appellants' motion for rehearing and/or motion for rehearing en banc would be September 21,

2015. This request is made for good cause, so that justice may be done, and is not filed for the purposes of delay. One previous motion to extend time has been filed by Appellants regarding its motion for rehearing.

## III. Conclusion

Accordingly, Appellants request that this Court grant this Motion to Extend Time to File Appellants' motion for rehearing and/or motion for rehearing en banc and requests that this Court enter an order extending the due date for its Appellants' motion for rehearing and/or motion for rehearing en banc from September 11, 2015 to September 21, 2015, and requests that this Court award any and all other relief to which it is entitled in either law or equity.

Respectfully submitted,

**WINSTEAD PC**

By:    /s/ David F. Johnson
Stephen W. Schueler
State Bar No. 17823000
*sschueler@winstead.com*
Zachary B. Allie
State Bar No. 24063997
*zallie@winstead.com*
600 Travis Street, Suite 1100
Houston, Texas  77002-5895
(713) 650-8400 (telephone)
(713) 650-2400 (facsimile)

And

David F. Johnson
State Bar No. 24002357
*dfjohnson@winstead.com*
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.420.8200
Telecopy: 817.420.8201

**ATTORNEYS FOR APPELLANTS/
CROSS-APPELLEES KELLY R. GINN,
GREEN-SPAN PROFILES, L.P., GREEN-
SPAN MANAGEMENT, L.L.C., GREEN
SPAN ENTERPRISES, INC., AND BKG
INVESTMENTS, L.L.C.**

-4-

## CERTIFICATE OF CONFERENCE

On September 9, 2015, counsel for Appellants conferred with counsel for Appellee and Appellee does not oppose the granting of the relief requested herein.

/s/ David F. Johnson
David F. Johnson

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the court by electronic filing this day and served upon the following counsel of record on this 9th day of September, 2015.

| | |
|---|---|
| Rusty Hardin, Esq. | *rhardin@rustyhardin.com* |
| Bob Galatas, Esq. | *bgalatas@rustyhardin.com* |
| Lara Hollingsworth, Esq. | *lhollingsworth@rustyhardin.com* |
| Joe Roden, Esq. | *jroden@rustyhardin.com* |
| Rusty Hardin & Associates | *and Telecopier (713) 652-9800* |
| 5 Houston Center | |
| 1401 McKinney, Suite 2250 | |
| Houston TX 77010-4035 | |
| | |
| Melissa J. Judd, Esq. | *mjudd@littler.com* |
| Littler Mendelson, P.C. | *and Telecopier (713) 951-9212* |
| 1301 McKinney Street, Suite 1900 | |
| Houston TX 77010 | |
| | |
| Patrick D. Sullivan, Esq. | *Sullivan@hooverslovacek.com* |
| Dylan B. Russell, Esq. | *Russell@hooverslovacek.com* |
| Hoover Slovacek LLP | *and Telecopier (713) 977-5395* |
| 5847 San Felipe, Suite 2200 | |
| Houston TX 77057-3918 | |

/s/ David F. Johnson
One of Counsel